IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**BRANDON SMITH,**

    **Plaintiff,**

v.                                                    Case No.  1:15cv141-MW/GRJ

**AUTOFLEX LLC, and**
**GOVINDA ROMERO,**

    **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8.  Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "This case is dismissed for Plaintiff's failure to state a claim upon which relief may be granted because there is no basis for the exercise of federal subject jurisdiction over Plaintiff's claims."  The

1

Clerk shall close the file.

**SO ORDERED on December 15, 2015.**

                                          **s/Mark E. Walker            
United States District Judge**